Roscoe THOMAS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35493.

Missouri Court of Appeals,
Western District.

Sept. 4, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 30, 1984.

Joseph H. Locascio, Sp. Public Defender, John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Thomas Carter, II, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial after hearing of a Rule 27.26 motion to vacate conviction for

robbery in the first degree and armed criminal action and sentences to two consecutive fifteen year terms entered after jury trial. See 637 S.W.2d 81 (Mo.App.1982).

Affirmed. Rule 84.16(b).